# First District Court of Appeal
## State of Florida

_____

No. 1D20-3389
_____

BRETT A. HOLLOWAY,

Appellant,

v.

REBECCA DENAE HOLLOWAY,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

September 10, 2021

PER CURIAM.

AFFIRMED. *See Whitlock v. Veltkamp*, 296 So. 3d 528, 530 (Fla. 1st DCA 2020).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Cromey, Pensacola, for Appellant.

Rebecca Denae Holloway, pro se, Appellee.